UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEN LOZADA,

    Appellant/Debtor,

    v.

SALLY E. NACIANCENO, et al.,

    Apellees.
_____/

No. C 10–01151 MHP

**ORDER DISMISSING APPEAL**

    A notice of appeal from an order of the Bankruptcy Court for this District was filed on March 18, 2010. No filing has been made by Appellant-Debtor since that time. On the same date as the filing of the notice of appeal this court issued a scheduling order. Appellant-Debtor has failed to comply with that order and has failed to designate the record and perfect the appeal as required by Federal Rule of Bankruptcy Procedure 8006. Therefore, in accordance with Federal Rule of Bankruptcy Procedure 8001(a),

    IT IS HEREBY ORDERED that this appeal is DISMISSED for failure to perfect the appeal and to comply with an order of the court.

Date: March 17, 2011

MARILYN HALL PATEL
United States District Court Judge